1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8  ROBERT WASHINGTON,

9           Plaintiff,                    No. CIV S-09-2129 KJM P

10     vs.

11  ORRICK, et al.,                       ORDER AND

12           Defendants.                  FINDINGS & RECOMMENDATIONS

13  _____/

14           By order filed May 14, 2010, plaintiff's amended complaint was dismissed and

15  thirty days leave to file a second amended complaint was granted. The thirty day period has now

16  expired, and plaintiff has not filed a second amended complaint or otherwise responded to the

17  court's order.

18           Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a District

19  Judge to this case.

20           IT IS HEREBY RECOMMENDED that this action be dismissed without

21  prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

22           These findings and recommendations are submitted to the United States District

23  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-

24  one days after being served with these findings and recommendations, plaintiff may file written

25  objections with the court. The document should be captioned "Objections to Magistrate Judge's

26  Findings and Recommendations." Plaintiff is advised that failure to file objections within the

                                          1

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: July 15, 2010.

4

5                                              U.S. MAGISTRATE JUDGE

6  1
   wash2129.fta
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26